FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-PO-0011-JTR-2 |
| Plaintiff, | |
| | ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |
| v. | |
| ADAM FORD GLASER, | |
| Defendant. | |

**BEFORE THE COURT** is the United States' motion to dismiss, with prejudice, all counts of the Information filed on January 28, 2016 pertaining to Defendant, based on Defendant's completion of his obligations under the Deferred Prosecution Agreement. ECF No. 95. The United States is represented by United States Attorney Earl A. Hicks. Defendant is represented by attorney Carl Oreskovich.

Because Defendant has complied with all requirements imposed under the Deferred Prosecution Agreement in this matter, *see* ECF No. 88-1, **IT IS ORDERED**:

1.     The United States' motion to dismiss, **ECF No. 95**, is **GRANTED**.

2.     The pending information for placing a substance that may cause a fire, in violation of 36 C.F.R. § 261.5(a) (Count 1) and failure to control a non-

ORDER - 1

prescribed fire, in violation of 36 C.F.R. § 261.5(e) (Count 4), ECF No. 1, is **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**.

      DATED May 13, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2